IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) ) | CV 13-00029 DKW-RT |
| Plaintiff, | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) ) ) | FINDINGS AND RECOMMENDATION |
| J. G., by and through his Parents, H.G., and D.G., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 27, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Sustain in Part and Overrule in Part State of Hawaii,

Department of Education's Objection to Plaintiffs' Bill of Costs ", ECF No. 126 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 17, 2019 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Department of Education State of Hawaii v. JG by and through his Parents, HG and DG*; Civil No. 13-00029 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**